UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESTER FIRSTENBERGER & SATHYA RAJAVELU,

      Plaintiffs,

- against -

CASTERS HOLDINGS, INC., REGS TECHNOLOGY, INC., & AMANDA OSTROWITZ

      Defendants.

---

20-cv-7169 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

  As discussed at the teleconference held today, the plaintiffs will file an amended complaint by **October 30, 2020**. The defendants will move or answer by **November 17, 2020**. The plaintiffs will respond to any motion to dismiss by **December 4, 2020**, and the defendants will reply by **December 14, 2020**. If the defendants answer, the parties will file a Rule 26(f) report by **December 4, 2020**.

SO ORDERED.

Dated:  New York, New York
     October 13, 2020

               /s/ John G. Koeltl
               John G. Koeltl
            United States District Judge