```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
LESTER FIRSTENBERGER & SATHYA
RAJAVELU,
                                            20-cv-7169 (JGK)
                Plaintiffs,
                                            ORDER
       - against -

CASTERS HOLDINGS, INC., REGS
TECHNOLOGY, INC., & AMANDA OSTROWITZ

                Defendants.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

As discussed at the teleconference held today, all discovery in this case is stayed pending the disposition of the Motion to Dismiss.

The defendants are granted leave to file a reply brief of 3,000 words above the limit provided by the Court's rules.

**SO ORDERED.**

**Dated:**   **New York, New York**
       **December 21, 2020**           /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge