UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESTER FIRSTENBERGER ET AL.,

      Plaintiffs,   20-cv-7169 (JGK)

 - against -     ORDER

CASTER HOLDINGS, INC D/B/A FYLLO ET AL.,

      Defendants.

JOHN G. KOELTL, District Judge:

The oral argument scheduled for May 7, 2021 is rescheduled to May 27, 2021 at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
    May 6, 2021

            _____
            John G. Koeltl
           United States District Judge