UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __5·27·21__

LESTER FIRSTENBERGER ET AL.,

               Plaintiffs,

    - against -

CASTER HOLDINGS, INC D/B/A FYLLO ET
AL.,

               Defendants.

20-cv-7169 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For reasons stated at the teleconference held on **May 27, 2021,** the motion to dismiss is denied without prejudice to renewal.

The plaintiffs may file an amended complaint by **June 14, 2021.** The parties should provide a status letter to the Court by **June 14, 2021,** including any requests for a settlement conference and a motion briefing schedule.

The Clerk is directed to close docket numbers 38 and 42.

SO ORDERED.

Dated:    **New York, New York**
          **May 27, 2021**

                    **John G. Koeltl**
            **United States District Judge**