**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

| | |
|---|---|
| **LESTER FIRSTENBERGER, ET AL.,** | 20-cv-7169 (JGK) |
| Plaintiffs, | <u>ORDER</u> |
| - against - | |
| **CASTERS HOLDINGS, INC., ET AL.,** | |
| Defendants. | |

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to provide the Court with paper courtesy copies the defendants' motion to dismiss, the plaintiffs' opposition, and the defendants' reply. <u>See</u> Individual Practices II.C.

**SO ORDERED.**

Dated:   New York, New York
           August 30, 2021

                                      <u>/s/ John G. Koeltl</u>
                                          John G. Koeltl
                             United States District Judge