```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------------------

LESTER FIRSTENBERGER and SATHYA
RAJAVELU,
                  Plaintiffs,

        - against -

CASTERS HOLDINGS, INC. d/b/a FYLLO;
REGS TECHNOLOGY, INC. f/k/a
CANNAREGS, LTD.; and AMANDA
OSTROWITZ;
                  Defendants.

20-cv-7169 (JGK)

ORDER

-------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the plaintiffs should respond to the interrogatories and document requests discussed in the defendants' letter dated October 26, 2021, ECF No. 82, together with a privilege log for any documents being withheld on the grounds of any privilege.

    The depositions are stayed until the parties have completed their document discovery.

    If the parties have discovery disputes that cannot be resolved, the parties should advise the Court, and the Court will refer the case to Magistrate Judge Sarah Netburn.

    The parties have until April 14, 2022 to complete all fact and expert discovery pursuant to the joint status report filed on June 21, 2021, and approved by the Court on June 22, 2021. See ECF No. 63.

If the plaintiffs dismiss Fyllo from this action without prejudice and pursuant to a tolling agreement, the plaintiffs are granted leave to file an amended complaint renaming Fyllo as a defendant without the need to make a motion to file an amended complaint. Fyllo could then make a motion to dismiss or move for summary judgment without the need for a pre-motion conference.

SO ORDERED.

Dated:  New York, New York
        November 1, 2021

_____
John G. Koeltl
United States District Judge