UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESTER FIRSTENBERGER and SATHYA RAJAVELU,

        Plaintiffs,

- against -

CASTERS HOLDINGS, INC. d/b/a FYLLO; REGS TECHNOLOGY, INC. f/k/a CANNAREGS, LTD.; and AMANDA OSTROWITZ;

        Defendants.

20-cv-7169 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should file a corrected voluntary motion of dismissal as to Fyllo, as indicated in ECF No. 85.

SO ORDERED.

Dated:    New York, New York
           November 19, 2021

                                      John G. Koeltl
                                  United States District Judge