UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LESTER FIRSTENBERGER and SATHYA
RAJAVELU,

              Plaintiffs,

       - against -

CASTERS HOLDINGS, INC. d/b/a FYLLO;
REGS TECHNOLOGY, INC. f/k/a
CANNAREGS, LTD.; and AMANDA
OSTROWITZ;

              Defendants.
───────────────────────────────

20-cv-7169 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs should file a corrected voluntary motion of dismissal as to Fyllo, as indicated in ECF No. 87.

SO ORDERED.

Dated:    New York, New York
          November 29, 2021

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge