UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LESTER FIRSTENBERGER, et al.,

                              **Plaintiffs,**           20-CV-07169 (JGK)(SN)

    -against-                                              **ORDER**

CASTERS HOLDINGS, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 2, 2022, the Honorable John G. Koeltl referred this case to my docket for General Pretrial Management. ECF No. 94. By Monday, March 7, 2022, Plaintiffs shall file a letter explaining their position on the discovery dispute identified in their letter to the Court. ECF No. 93.  Defendant shall file a response by no later than Thursday, March 10, 2022.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      New York, New York
                  March 3, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022