```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LESTER FIRSTENBERGER, et al.,

                      Plaintiffs,                    20-CV-07169 (JGK)(SN)

       -against-                              **ORDER**

CASTERS HOLDINGS, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 3, 2022, the Court ordered Plaintiffs to file a letter explaining their position on the outstanding discovery disputes. ECF No. 95. In response, Plaintiffs filed a 17-page letter motion to compel. ECF No. 98. The Court's Individual Rules of Practice in Civil Cases permit discovery dispute letters limited to five pages, and Plaintiffs did not seek leave of Court to exceed the page limit. As such, the Court strikes Plaintiff's letter. By Wednesday, April 5, 2022, Plaintiff may file a new letter that complies with the page limit. Defendants may file their response by Monday, April 11, 2022. The Court does not request a reply brief and, if appropriate, will schedule a conference to address the outstanding disputes.

       The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 93 and 98.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      New York, New York
                April 1, 2022