UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LESTER FIRSTENBERGER, et al.,

                            Plaintiffs,           20-CV-07169 (JGK)(SN)

  -against-                                          **ORDER**

CASTERS HOLDINGS INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A call is scheduled for Thursday, April 21, 2022, at 4:00 p.m. to discuss Plaintiffs' letter motion for discovery. See ECF Nos. 102 & 103. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
               April 15, 2022