UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LESTER FIRSTENBERGER, et al.,

                               **Plaintiffs,**              20-CV-07169 (JGK)(SN)

 -against-                                                     **ORDER**

CASTERS HOLDINGS, INC., et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Friday, May 13, 2022, at 2:00 p.m. to discuss the discovery dispute raised in the parties' letter to the Court. ECF No. 112. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               May 9, 2022