NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESTER FIRSTENBERGER : | |
| : | |
| SATHYA RAJAVELU : | CIVIL ACTION NO. 20-7169 |
| Plaintiffs, : | |
| v. : | |
| CASTERS HOLDINGS, INC D/B/A FYLLO : | |
| REGS TECHNOLOGY, INC. F/K/A CANNAREGS, LTD. : | |
| AMANDA OSTROWITZ : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), it is hereby Stipulated and Agreed that this action is dismissed, with prejudice.

*/s/ Robert Brookman*

_____
Robert Brookman (Attorney ID No. 315153)
The Brookman Law Group LLC
1500 Market Street
12th Floor, East Tower, #1027
Philadelphia, PA 19102
Telephone: (267) 566-5598
Facsimile: (215) 569-8228
E-mail: rbrookman@brookmanlawgroup.com
*Attorney for Plaintiffs, Sathya Rajavelu and Lester Firstenberger*

40208841.1

*/s/ Casey T. Grabenstein*
Casey T. Grabenstein
Stephanie L. Denker
SAUL EWING ARNSTEIN & LEHR
1270 Avenue of Americas
Suite 2005
New York, New York 10020
*Attorneys for Defendants*

40208841.1