UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————————————

| | |
|---|---|
| **LESTER FIRSTENBERGER** | : |
| | : |
| **SATHYA RAJAVELU** | :    **CIVIL ACTION NO. 20-7169** |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| **CASTERS HOLDINGS, INC D/B/A FYLLO** | : |
| | : |
| **REGS TECHNOLOGY, INC. F/K/A CANNAREGS, LTD.** | : |
| | : |
| **AMANDA OSTROWITZ** | : |
| | : |
| Defendants. | : |

———————————————————————————————————————

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), it is hereby Stipulated and Agreed that this action is dismissed, with prejudice.

*Robert Brookman*
_____
Robert Brookman (Attorney ID No. 315153)
The Brookman Law Group LLC
1500 Market Street
12th Floor, East Tower, #1027
Philadelphia, PA 19102
Telephone: (267) 566-5598
Facsimile: (215) 569-8228
E-mail: rbrookman@brookmanlawgroup.com
*Attorney for Plaintiffs, Sathya Rajavelu and Lester Firstenberger*

*/s/ Stephanie Denker*
_____
Casey T. Grabenstein
Stephanie L. Denker
SAUL EWING ARNSTEIN & LEHR
1270 Avenue of Americas
Suite 2005
New York, New York 10020
*Attorneys for Defendants Amanda Ostrowitz and Regs Technology, Inc.*

40208841.2